# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01174-RPM

PUBLIC SERVICE COMPANY OF COLORADO d/b/a XCEL ENERGY

and

XCEL ENERGY SERVICES INC.,

      Plaintiffs,

v.

AXIS SURPLUS INSURANCE COMPANY,

      Defendant.

---

## ORDER GRANTING JOINT MOTION TO MODIFY DUE DATE
## FOR SUBMISSION OF STIPULATED FACTS
---

      THIS MATTER HAVING COME before the Court on the parties' Joint Motion to Modify Due Date for Submission of Stipulated Facts, and the Court being fully advised in the premises;

      IT IS HEREBY ORDERED that the motion is granted. Counsel shall have until February 4, 2013 to file a set of stipulated facts.

      Done this 10th day of January, 2013.

                                                        BY THE COURT:

                                                        s/Richard P. Matsch
                                                        _____
                                                        Richard P. Matsch, Senior Judge