## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01174-RPM-KLM

PUBLIC SERVICE COMPANY OF COLORADO d/b/a XCEL ENERGY

and

XCEL ENERGY SERVICES INC.,

    Plaintiffs,

v.

AXIS SURPLUS INSURANCE COMPANY,

    Defendant.

_____

## ORDER GRANTING SECOND JOINT MOTION TO MODIFY DUE DATE
## FOR SUBMISSION OF STIPULATED FACTS
_____

THIS MATTER HAVING COME before the Court on the parties' Second Joint Motion to Modify Due Date for Submission of Stipulated Facts, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the motion is granted. Counsel shall have until February 11, 2013 to file a set of stipulated facts.

Done this 5th day of February, 2013.

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge