**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01174-RPM

PUBLIC SERVICE COMPANY OF COLORADO d/b/a XCEL ENERGY

and

XCEL ENERGY SERVICES INC.,

    Plaintiffs,

v.

AXIS SURPLUS INSURANCE COMPANY,

    Defendant.

---

**ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO FILE
FIRST AMENDED COMPLAINT**

---

    THIS MATTER HAVING COME before the Court on Plaintiffs' Unopposed Motion to File First Amended Complaint, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the motion is granted and Plaintiffs' First Amended Complaint is accepted for filing as of the date of this Order.

    Done this 5th day of February, 2013.

                                                      BY THE COURT:

                                                      s/Richard P. Matsch
                                                      _____
                                                      Richard P. Matsch, Senior Judge