## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01174-RPM

PUBLIC SERVICE COMPANY OF COLORADO d/b/a XCEL ENERGY

and

XCEL ENERGY SERVICES INC.,

    Plaintiffs,

v.

AXIS SURPLUS INSURANCE COMPANY,

    Defendant.

---

## ORDER RE: PLAINTIFFS' UNOPPOSED MOTION TO FILE
## FIRST AMENDED COMPLAINT

---

    THIS MATTER HAVING COME before the Court on Plaintiffs' Unopposed Motion to File First Amended Complaint, and the Court being fully advised in the premises;

    IT IS HEREBY ORDERED that the motion is granted and Plaintiffs' First Amended Complaint is accepted for filing as of the date of this Order.

    Done this 5th day of February, 2013.

                                                        BY THE COURT:

                                                        s/Richard P. Matsch

                                                        Richard P. Matsch, Senior Judge