THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01174-RPM-KLM

PUBLIC SERVICE COMPANY OF COLORADO d/b/a XCEL ENERGY

and

XCEL ENERGY SERVICES INC.,

     Plaintiffs,

v.

AXIS SURPLUS INSURANCE COMPANY,

     Defendant.

_____

**ORDER GRANTING JOINT MOTION TO MODIFY DUE DATE FOR FILING STIPULATION FOR DISMISSAL**
_____

     THIS MATTER is before the Court on the parties' Joint Motion to Modify Due Date for Filing Stipulation for Dismissal, and the Court being fully advised in the premises;

     IT IS HEREBY ORDERED that the motion is granted.  Counsel have until January 22, 2014 to file a stipulation for dismissal.

     Done this 16th day of January 2014.

                                                BY THE COURT:

                                                s/Richard P. Matsch

                                                _____
                                                Richard P. Matsch, Senior Judge