IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-01174-RPM

PUBLIC SERVICE COMPANY OF COLORADO
d/b/a XCEL ENERGY,

       and

XCEL ENERGY SERVICES INC.,

       Plaintiffs,

v.

AXIS SURPLUS INSURANCE COMPANY,

       Defendant.

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

THIS MATTER having come before the Court pursuant to stipulation of the Plaintiffs, Public Service Company of Colorado d/b/a Xcel Energy and Xcel Energy Services Inc., and the Defendant, AXIS Surplus Insurance Company, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the action between these parties is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Done this 28th day of January, 2014.

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge